```
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/15/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

- v. -

MARK BLOOM,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**Order of Restitution**

S1 09 Cr. 367 (JGK)

    Upon the application of the United States of America, by its attorney, Preet Bharara, United States Attorney for the Southern District of New York, Jessica A. Masella, Assistant United States Attorney, of counsel; the presentence report; the Defendant's conviction on Counts One through Five of the above-referenced superseding Information; and all other proceedings in this case, it is hereby ORDERED that:

    **1. Amount of Restitution.**  MARK BLOOM, the Defendant, shall pay restitution in the total amount of $30,563,790.07 to the victim of the offenses charged in Information S1 09 Cr. 367 (JGK). The names of the victims are set forth in the Schedule of Victims attached hereto and the corresponding loss amounts are listed there for each victim.

    **2. Liability.**  Defendant's liability for restitution shall continue unabated until the Defendant has paid the full amount of restitution ordered herein.

    **3. Sealing.** Consistent with Title 18, United States Code, Sections 3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained

and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: New York, New York
~~November __, 2015~~
1/14/16

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE JOHN G. KOELTL
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE